UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CHLOE DEVEREAUX,                        )
                                        )
                    Plaintiff,          )
          v.                            )        No. 4:07CV1692-DJS
                                        )
MICHAEL J. ASTRUE,                      )
Commissioner of Social Security,        )
                                        )
                    Defendant.          )

<u>ORDER</u>

Upon careful consideration of the report and recommenda-tion of the United States Magistrate Judge issued on February 20, 2009, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the Magistrate Judge's report and recommendation [Doc. #25] is accepted and adopted.

Dated this __17th__ day of <u>March</u>, 2009.

                              /s/Donald J. Stohr
                              UNITED STATES DISTRICT JUDGE